
ORIGINAL

**FILED**

03/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF BRYAN T. DAVIS FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

**ORDER**

**FILED**

MAR 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Bryan T. Davis has petitioned for reinstatement to active status in the State Bar of Montana. Davis was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5, and 12 of the Rules for Continuing Legal Education on September 13, 2022 as a result of noncompliance with CLE requirements. In accordance with Rule 13 of the CLE Rules, Davis has provided a letter from the State Bar certifying that he has now completed all CLE requirements "through the reporting year that ended March 31, 2022." Davis is willing and able to pay active dues, fees, and the state license tax to the State Bar of Montana and comply with any continuing education requirements this Court may impose.

The Petition indicates Davis is actively practicing law in Texas and has been since November 6, 2009. Davis has not been suspended, disbarred, or otherwise ineligible to practice law in another jurisdiction, is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction, has not been charged with a criminal offense, accrued delinquent debt or filed for bankruptcy, failed to fulfill the obligations of a public office or professional license, or committed any acts or omissions while on inactive status that would be sanctionable under the Rules of Professional Conduct. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Bryan T. Davis for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 19 day of March, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices